UNITED STATES of America,
Plaintiff-Appellee,

v.

Demaine Diwan BENJAMIN,
Defendant-Appellant.

No. 17-6480

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

Demaine Diwan Benjamin, Appellant Pro Se. Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demaine Diwan Benjamin appeals the district court's orders denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012) and denying his motion for reconsideration.* We have reviewed the record and find no re-

---

* Although a district court lacks authority to reconsider a ruling on a § 3582(c)(2) motion, "this prohibition [is] non-jurisdictional, and thus waived when the government fail[s] to assert it below." *United States v. May*, 855 F.3d 271, 274 (4th Cir. 2017). Here, "[b]e-

versible error. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016) (providing standard). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

cause the government failed to raise this non-jurisdictional limitation below, it is waived on appeal." *Id.* at 275. We therefore analyze Benjamin's § 3582(c)(2) motion and motion for reconsideration together.